William Moisant for use of Crescent Furniture Company, appellee, v. John Hancock Mutual Life Insurance Company, appellant. Gen. No. 37,678.

Opinion filed February 13, 1935.

Hoyne, O'Connor & Rubinkam, for appellant. Clarence A. Samuel, for appellee.

Mr. Justice Wilson delivered the opinion of the court.